UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN WARREN RIVERS,<br>　　　　　　　　　　　　Movant,<br>v.<br>UNITED STATES OF AMERICA,<br>　　　　　　　　　　　　Respondent. | Case No.: 16CV1604 / 13CR3954<br><br>**ORDER GRANTING MOTION FOR ORDER FINDING LIMITED WAIVER OF ATTORNEY CLIENT PRIVILEGE AND REQUEST TO STAY BRIEFING SCHEDULE UNTIL THIS MOTION IS DECIDED** |

　　　Movant Melvin Warren Rivers has filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255.  Movant pled guilty to conspiracy to commit sex trafficking of a minor in violation of 18 U.S.C. § 1594(c).  Movant claims his counsel was ineffective in failing to obtain footage of Movant's interrogation to challenge a search warrant and failing to investigate exculpatory evidence, including evidence from Movant's cell phone and his Facebook account.

　　　Where a claim of ineffective assistance of counsel is asserted, there is an implied waiver of the attorney-client privilege.  *Bittaker v. Woodford*, 331 F.3d 715, 719-20 (9th Cir. 2003).  A court imposing a waiver must make sure the waiver is "no broader than needed to ensure the fairness of the proceedings before it."  *Id.* at 720.  The waiver must be "closely tailored . . . to the needs of the opposing party in litigating the claim in

1

question." *Id.* If the holder of the privilege wishes to preserve the confidentiality of his communications, he must abandon the ineffective assistance of counsel claim that gives rise to the waiver. *Id.* at 721.

The Court finds Movant has waived the attorney-client privilege between himself and his trial counsel, Gerald McFadden, for the limited purpose of litigating his ineffective assistance of counsel claim. The Court therefore **GRANTS** Respondent's Motion and orders Mr. McFadden to provide a declaration addressing the issues raised by Movant in his § 2255 Motion.

The deadline for Respondent to file a Response to Movant's Motion is extended to **November 4, 2016**. Movant's Traverse, should he elect to file one, must be filed by **December 19, 2016**.

**IT IS SO ORDERED**.

Dated: September 15, 2016

Hon. Roger T. Benitez
United States District Judge